**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| EARL JEROME MCGAHEE, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO.  2:05-0042-KD-M |
| | ) |
| DONAL CAMPBELL, | ) |
| | ) |
|     Respondent. | ) |

**ORDER**

This action is before the Court on the unopposed motion for enlargement of time filed by Petitioner Earl Jerome McGahee (doc. 56).  Petitioner moves this Court to extend the 240 day time period for the State of Alabama to commence further proceedings against him.  The State of Alabama does not oppose this motion.

In the motion, Petitioner alleges that the State of Alabama "has scheduled Petitioner's re-trial to begin on January 11, 2010 in an effort to comply with this Court's Order." It appears that Petitioner and the State of Alabama interpret the Court's order (doc. 54) to mean that Petitioner must be re-tried within 240 days.  However, to clarify, the Order requires the State of Alabama to "commence further proceedings" within the 240 day time period.[1]  The Order was not meant to require the State of Alabama to hold the trial within 240 days.  In other words, the State of Alabama has complied with the Order by commencing further proceedings within the 240 days, i.e., making the decision to re-try the Petitioner, appointing counsel for Petitioner, setting a trial

---

[1] The Order states as follows: "This conditional writ shall become unconditional and permanent unless the State of Alabama commences further proceedings to afford Petitioner a new trial within 240 days of the date of this order.  In the event that the State of Alabama does not commence such further proceedings within 240 days of the date of this order, Petitioner shall be immediately discharged from custody." (doc. 54).  The Court of Appeals for the Eleventh Circuit Court reversed and remanded this case to this Court with instructions to issue the writ of habeas corpus conditioned upon the right of the State to retry Petitioner.

for Petitioner.

Accordingly, Petitioner's motion is Denied as Moot.

The Clerk of the Court is directed to mail a copy of this order to all persons listed in the Certificate of Service.

**DONE** and **ORDERED** this the 31st day of December, 2009.

                                       **s/ Kristi K. DuBose**
                                       **KRISTI K. DuBOSE**
                                       **UNITED STATES DISTRICT JUDGE**